IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEROME HAMILTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 94-336-KAJ |
| FAITH LEAVY, PAMELA FAULKNER, WILLIAM QUEENER, FRANCES LEWIS, GEORGE M. DIXON, JACK W. STEPHENSON, DEBORAH L. GRAIG, JOANNE SMITH, DENNIS LOEBE, ELDORA C. TILLERY, FRANCIS COCKROFT, JERRY BORGA, RICHARD SHOCKLEY, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

### ORDER

For the reasons set forth in the Memorandum Opinion issued in this matter today, IT IS HEREBY ORDERED that Defendants' Motion to Dismiss State Law Claim (D.I. 338) is GRANTED; Shockley's Motion to Dismiss (D.I. 383) is DENIED as moot; Plaintiff's Motion to Bar Public Duty Defense at Trial (D.I. 346) is DENIED as moot; Plaintiff's Motion for Entry of Default as to Richard Shockley (D.I. 375) is DENIED as moot; and Plaintiff's Motion for Scheduling and Status Conference Regarding Defendant Richard Shockley (D.I. 379) is DENIED as moot.

UNITED STATES DISTRICT JUDGE

Wilmington, Delaware
March 1, 2005