New Castle County
        Civil Division
        302-577-8308

March 2, 2005

[By Hand Delivery]

Clerk of Court
United States District Court
844 North King Street
Wilmington, DE 19801

    Re:   Hamilton v. Leavy, et al.
           C.A. No. 94-336-KAJ

Dear Clerk of Court:

    The parties filed a joint pre-trial order on February 25, 2005. However, there was an error in that plaintiff's counsel did not include the most recent Exhibit B (Defendants' Facts in Issue and Proofs) which had been provided by the defendants. While we believe this error to be inadvertent, we want the pretrial order to contain the correct Exhibit B. I have included a copy of the correct Exhibit B with this letter, to be substituted for the current Exhibit B.

    Thank you.

                        Very truly yours,

                        Richard W. Hubbard
                        Deputy Attorney General

xc:   John Shaw, Esq. (w/ encl.)
      All defense counsel (w/ encl.)