CA-94-336

Court Clerk,                                                    3-1-05

I am in receipt of the civil docket sheet for case #: 94-CV-336. I am interested in obtaining copies of the following docket entries: 17-(9-2-94), 53-(12-30-94), 184-(8-30-99) 185-(8-30-99), 205-(10-7-99). Please let me know the cost for copying these documents.

Thanks

Lawrence Lombardi

Lawrence Lombardi - 11378-017
P.O. Box 1000
Lewisburg, PA 17837



FILED
MAR - 7 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE