OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 8, 2005

TO:   Lawrence Lombardi
      Register #11378-017
      United States Penitentiary
      PO Box 1000
      Lewisburg, PA 17837

     **RE:   *Request for Copywork*, CA 94-336 KAJ**

Dear Mr. Lombardi:

    A letter has been received by the Clerk's office from you requesting copywork from the above noted civil action.

    Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copies (including docket sheets) is fifty ($.50) cents per page. The total number of pages for your request is 602 pages ($301). ***Should you require copies (including docket sheets) in the future***, please be aware of this fee requirement. Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                   Sincerely,

/jp

                                   PETER T. DALLEO
                                   CLERK

cc: The Honorable Kent A. Jordan; CA 94-336 KAJ