

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
**BUREAU OF PRISONS**
80 MONROVIA AVENUE
SMYRNA, DELAWARE 19977

OFFICE OF THE
BUREAU CHIEF

TELEPHONE: (302) 739-5601

CENTRAL INSTITUTIONAL CLASSIFICATION BOARD

MEMBERS PRESENT:

FRANCES LEWIS, CHAIRWOMAN
COLLEEN SHOTZBERGER, SPECIAL PROGRAMS
JON ZIMMERMAN, DCC
ERNESTINE ONEY, SCI
LISA DLUGOPOLSKI, WCI
GEORGE DIXON, DCC
ROBERT YOUNG, PTA
MARY COOPER, MPCJF

MEMBERS ABSENT:

MARY ELLIS, WCI
TONY RENDINA, SCI

DISTRIBUTION:

FRANCES L. LEWIS
WARDEN KARL VANTINE, SWRC
WARDEN TOM CARROLL, MCI
WARDEN PAUL HOWARD, WCI
WARDEN ELIZABETH NEAL, MPCJF
WARDEN PHILIP MORGAN, MPH
ACTING WARDEN PAT RYAN, PTA
WARDEN ROBERT SNYDER, DCC
WARDEN RICK KEARNEY, SCI
DEBSBI CRAIG, ADMINISTRATION
JACK STEPHENSON, DCC
SCOTT TURNER, DCC
ELIZANNE SHACKLE, SWRC
TONY RENDINA, SCI
FRANCES COCKROFT, MPCJF
ELDORA TILLERY, MPCJF
RAY HALEY, DCC
MARY ELLIS, WCI
CAPT. ROBERT YOUNG, PTA
S/LT. GEORGE DIXON, DCC
JON ZIMMERMAN, DCC

MEETING DATE: 1-12-94

CENTRAL INSTITUTIONAL CLASSIFICATION BOARD
MINUTES
MEETING DATE: JANUARY 12, 1994

| NAME | REQUEST | ACTION |
|---|---|---|
| **DCC CLASSIFICATION** | | |
| Bumbrey, Ricardo | Med/Hi | Approved |
| Foreman, Delmond | Min/Hi | Approved |
| Isler, James | Min/Hi | Approved |
| Freeman, James | Med/Hi | Approved |
| Heath, Roscoe | Supervised Custody | Rec App |
| Jarrett, Eric | Min/Hi | Approved |
| Jones, Eric | Min/Hi | Approved |
| Johnson, Tee | Min/Hi | Approved |
| King, Jonathan | Min/Lo | Denied |
| McCants, Anthony | Med/Hi | Approved |
| Smith, Alvin | Min 3/MCI | Approved |
| Smith, Paige | Min/Lo/Supply | Denied |
| Waples, Bryant | Med/Hi | Approved |
| Woodlin, Jamal | Min/Lo | Approved |
| Bount, Christopher | Work Release @ SWRC | Not Rec |
| Brummell, Guy | Supervised Custody | Not Rec |
| Chambers, Robert | Supervised Custody | Rec App |
| Dean, Eugene | Work Release @ MPH | Rec App |
| Foreman, Pierre | Min/Lo/Community | Not Rec |
| Glans, Stanford | Work Release @ MPH | Rec App |
| Hope, John | Med/SCI | Denied |
| Miller, William | IWA @ Vet's Cemetery | Not Rec |
| Moorehead, Sean | Reshape | Approved |
| price, John | Highway Work Project | Rec App |
| Sanchez, Pedro | Work Release @ MPH | Rec App |
| Smith, Eddie | Work Release/MPH | Not Rec |
| Wooters, Paul | Work Release/MPH | Rec App |
| Mintz, Calvin | KEY | Approved |
| Perez, Cesar | KEY | Denied |
| Queen, Larry | KEY | Approved |
| **SCI CLASSIFICATION** | | |
| Lopez, Roberto P. | MPCJF | Rec App Med/Hi/MPCJF |
| McCollister, Eric C. | Med/Hi | Rec App/Med/Hi/DCC |
| Potts, Eldon | Min/SCI/PRC | N/A |
| | Highway Work Project/Work Release | Rec App |
| Vasquez, David A. | Min/SCI/PRC/Cont Academics | N/A |
| | Highway Work Project/Work Release | Rec App |
| Walker, Steven E. | SCI/Min/LC/PRC/Mental Health Grp | Approved |
| | Highway Work Project | Rec App |
| | Work Release | Defer |
| Bailey, Weston D. | Med/SCI/Vo-Tech/GED/Diploma | Approved |
| Demarino, Michael | DCC/Med | No Action |
| Deshields, Nathan L. | Work Release @ SWRC | Not Rec |
| Elder, Ricky N. | Med/SCI/HC/Reshape/AA | Approved |

PAGE 2 CICB MINUTES - JANUARY 12, 1994

## SCI CLASSIFICATION CONTINUED

| Name | Assignment | Status |
|---|---|---|
| Mann, James M. | Min/SCI/GED/PRC | Approved |
| Parker, Sherman | Min/SCI/PRC | Approved |
|  | Highway Work Project | Rec App |
| Sturgis, Keith C. | DCC | No Action |
| Watts, Rickey D. | Min/SCI | Approved |
| Waters, Callie J. | Med/HC/Laundry/Anger Group/AA | Approved |
| Young, Henry | Med/SCI/Woodshop/Subs Abuse Group | Approved |

## MPCJF CLASSIFICATION

| Name | Assignment | Status |
|---|---|---|
| Campbell, Dean | Med/Lo/Work Pool | Approved |
| Campbell, Michael | Min/Hi/Work Rel /PRC | Min/Lo/PTA App |
| Caraballo, Rene | Min/Hi/Cont Worker | Not App'd PTA/CSP App |
| Clark, Anthony | Min/Lo/On/Off Grnds | Defer |
| Cortez, Orlando | Min/Lo/OMN/Off Grnds | Defer |
| Fair, Eric | Med/Lo/Work Pool | Approved |
| Hill, Vernon | Med/Lo/Work Pool | Approved |
| Jolly, Arthur | Work Release/ISAT | Time |
| Leifheip, George | Med/Hi | Approved |
| Miles, Arthur | WOrk Release/ISAT | Not Rec |
| Morris, Keith | Med/Lo/Disc Key | Min/Hi/DCC App |
| Perkins, Gregory | Work Release | Defer |
| Pritchett, Troy | Cont Med/Lo | Not App/Med/Hi/DCC App |
| Ryle, Raymond | Work Release/ISAT | Time |
| Salvadori, James | Med/Hi | Approved |
| Tabron, Otha | Med/Hi | No Action |

## COMMUNITY RETURNS

| Name | Assignment | Status |
|---|---|---|
| Boone, Charles | Med 2 | Approved |

## MPH CLASSIFICATION

| Name | Assignment | Status |
|---|---|---|
| Green, Danny | Work Release/MPH | Time |

## MCI CLASSIFICATION

| Name | Assignment | Status |
|---|---|---|
| Sorden, Robin | Nurses Aide Furlough | Approved |
| Owen, Resop | Nurses Aide Furlough | No Action |
| Young, Fanita | Nurses Aide Furlough | Approved |
| Dunn, Donna | Nurses Aide Furlough | Dneied |
| Turner, April | Nurses Aide Furlough | Denied |
| Dennard, Peggy | Nurses Aide Furlough | Denied |
| Banks, Debbie | Nurses Aide Furlough | Denied |
| Risbrook, Denise | IWA @ SWRC | Approved |
| Nelson, Cindy | Jaycees Furlough | Approved |
| Triplette, Joanne | Jaycees Furlough | Approved |
| Owens, Brenda | Jaycees Furlough | Denied |

CICB Minutes - January 12, 1994

PRE-TRIAL ANNEX

| | | |
|---|---|---|
| Williams, Donald | Furlough (8 hrs) | Approved |
| Urquhart, Andre | Education Release/Furlough (8 hrs) | Approved |
| Robinson, Thomas | Furlough (8 hrs) | Denied |
| Shy, Ira Sr. | Escorted Program Furlough | Approved |
| Poon, Darryl | Furlough (12 hrs) | Approved |
| Brown, Devon | Work Release | Approved/w Brandywine Counseling |
| Soto, Norberto | Education Release | Approved |
| Bracy, Larry | Education Release | Approved |

MC1 CLASSIFICATION

| | | |
|---|---|---|
| Carter, Joseph L. | Work Release/Community Work Project | Rec App |
| Evans, Shelton L. | Work Release/Comm Serv Project | Rec App |
| Heath, Garnett C. | Work Release | Not Rec |
| | Community Work Project | Rec App |
| Moore, Richard E. | Community Work Project | Rec App |