CA 94-336

① Would like to know the date of the reprimand, ~~to~~ the CO called Hamilton a "snitch"?

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2005 MAR 17  AM 11:24