*Read In Open Court 3/17/05*

(N10)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEROME HAMILTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 94-336-KAJ |
| | ) | |
| FAITH LEVY, PAMELA MINOR, | ) | |
| WILLIAM QUEENER, FRANCES | ) | |
| LEWIS, JACK W. STEPHENSON, | ) | |
| DEBORAH L. CRAIG, DENNIS LOEBE, | ) | |
| ELDORA C. TILLERY, and JERRY | ) | |
| BORGE, | ) | |
| | ) | |
| Defendants. | ) | |

## VERDICT FORM

1. Has plaintiff Jerome Hamilton proven by a preponderance of the evidence that any defendant listed below violated his constitutional rights? For each defendant, mark "YES" or "NO."

| | YES | NO |
|---|---|---|
| Faith Levy | ____ | X |
| Pamela Minor | ____ | X |
| William Queener | ____ | X |

| | | |
|---|---|---|
| Frances Lewis | ___ | _X_ |
| Jack Stephenson | ___ | _X_ |
| Deborah Craig | ___ | _X_ |
| Dennis Loebe | ___ | _X_ |
| Eldora Tillery | ___ | _X_ |
| Jerry Borge | ___ | _X_ |

Marking "YES" is a finding for the plaintiff Jerome Hamilton. Marking "NO" is a finding for the defendant.

**Proceed to Question Number 2**

2. If a defendant listed below has proven by a preponderance of the evidence that a reasonable correctional employee in the same circumstances could have believed that his or her conduct was lawful in light of the information you find that they possessed at the time, please mark "YES." If a defendant listed below has not proven by a preponderance of the evidence that a reasonable correctional employee in the same circumstances could have believed that his or her conduct was lawful in light of the information you find that they possessed at the time, please mark "NO."

|  | YES | NO |
|---|---|---|
| Faith Leavy | _____ | _____ |
| Pamela Minor | _____ | _____ |
| William Queener | _____ | _____ |
| Frances Lewis | _____ | _____ |
| Jack Stephenson | _____ | _____ |
| Deborah Craig | _____ | _____ |
| Dennis Loebe | _____ | _____ |
| Eldora Tillery | _____ | _____ |
| Jerry Borge | _____ | _____ |

Marking "YES" is a finding for the defendant. Marking "NO" is a finding for plaintiff Jerome Hamilton.

**Proceed to Question Number 3**

3.  If you found in favor of plaintiff Jerome Hamilton as to any defendant in both Question 1 **and** Question 2, what compensatory damages do you find that Mr. Hamilton has proven by a preponderance of the evidence?

        Faith Leavy        $ _____

        Pamela Minor        $ _____

        William Queener        $ _____

        Frances Lewis        $ _____

        Jack Stephenson        $ _____

        Deborah Craig        $ _____

        Dennis Loebe        $ _____

        Eldora Tillery        $ _____

        Jerry Borge        $ _____

4.    If you found in favor of plaintiff Jerome Hamilton as to any defendant in both Question 1 **and** Question 2, what punitive damages do you find that Mr. Hamilton has proven by a preponderance of the evidence?

        Faith Leavy        $ _____

        Pamela Minor        $ _____

        William Queener        $ _____

        Frances Lewis        $ _____

        Jack Stephenson        $ _____

        Deborah Craig        $ _____

| | |
|---|---|
| Dennis Loebe | $_____ |
| Eldora Tillery | $_____ |
| Jerry Borge | $_____ |

March 17, 2005



Jury Foreperson