IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEROME HAMILTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 94-336-KAJ |
| ) | |
| FAITH LEAVY, PAMELA FAULKNER, ) | |
| WILLIAM QUEENER, FRANCES ) | |
| LEWIS, GEORGE M. DIXON, JACK W. ) | |
| STEPHENSON, DEBORAH L. GRAIG, ) | |
| JOANNE SMITH, DENNIS LOEBE, ) | |
| ELDORA C. TILLERY, FRANCIS ) | |
| COCKROFT, and JERRY BORGA, ) | |
| ) | |
| Defendants. ) | |

## ORDER

IT IS ORDERED that the United States Marshal for the District of Delaware be and hereby is directed to furnish lunch for eight jurors engaged in the above entitled case on March 17, 2005.

March 17, 2005
Wilmington, Delaware

_____
UNITED STATES DISTRICT JUDGE