IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BY HAND DELIVERY

DATED: MARCH 24, 2004

TO:

MR. PETER T. DALLEO
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
844 NORTH KING STREET/LOCKBOX 18
WILMINGTON, DELAWARE. 19801-3570

Re: Hamilton v. Leavy, et al.
    Civil Action No. 94-336-KAJ*

DEAR MR. DALLEO/CLERK:

I, PLAINTIFF/APPELLANT/Jerome Hamilton, Pro Se, is providing this Honorable Court with two copies of this letter for future reference in the appeal court.

1. Mr. Dalleo/Clerk, you will find enclosed two copies requesting Mr. John W. Shaw, Esquire, and the law firm of Young, Conaway, Stargatt & Taylor, LLP to withdraw from this case immediately. Because of your neglect in management of above-captioned case.

2. Plaintiff/Appellant/Jerome Hamilton, Pro Se, do have more evidence against Mr. Shaw, Esquire, to prove and he should because of the bad advise and startegy and that is big reason why i lose my case on March 17, 2005.

CC:

CLERK OF THE COURT
PLAINTIFF?APPELLANT/HAMILTON

RESPECTFULLY SUBMITTED
*Jerome Hamilton*
PLAINTIFF/APPELLANT/HAMILTON
Pro Se,
320 East Fifth Street/Apt. #609
Wilmington, Delaware. 19801