IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BY HAND DELIVERY                                  DATED: MARCH 25, 2005

TO:

    MR. PETER T. DALLEO
    CLERK OF THE COURT
    UNITED STATES DISTRICT COURT
    844 North KING STREET/LOCKBOX 18
    WILMINGTON, DELAWARE. 19801-3670

Re: Hamilton v. Leavy, et al.
    Civil Action No. 94-336-KAJ*

DEAR MR. DALLEO/CLERK:

    I, PLAINTIFF/JEROME HAMILTON/Pro Se, is providing this document to this Honorable Court with two copies of documents will be raised issue's and grounds for appellate jurisdiction review, for future reference - on appeal court.

    1. Mr. Dalleo/Clerk, you will find enclosed two copies requesting Mr. Shaw, Esquire, and the firm of Young, Conaway, Stargatt & Taylor, LLP, TO withdraw on their own because of conflict of interest.

    2. Plaintiff/Jerome Hamilton/Pro Se, do have more evidence - against Mr. Shaw, Esquire, why there or they should immediately cease representation of plaintiff because i was denied a fair jury trial and jury verdict on March 17, 2005.

RESPECTFULLY SUBMITTED
*Jerome Hamilton*
plaintiff/Jerome Hamilton/Pro Se
320 East Fifth Street/Apt. #609
Wilmington, Delaware. 19801

FILED
2005 MAR 29 AM 11:18
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE