**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| CHAMBERS OF<br>KENT A. JORDAN<br>DISTRICT JUDGE | LOCKBOX 10<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801 |

March 29, 2005

**DELIVERED BY E-FILE AND**
**HAND DELIVERED**

John W. Shaw, Esq.
Young Conaway Stargatt & Taylor LLP
1000 West Street - 17th Fl.
Wilmington, DE 19801

Richard W. Hubbard, Esq.
Department of Justice - Civil Div.
820 N. French Street - 8th Fl.
Wilmington, DE  19801

Ralph K. Durstein, III, Esq.
Department of Justice - Civil Div.
820 N. French Street - 8th Fl.
Wilmington, DE  19801

Marc P. Niedzielski, Esq.
Department of Justice - Civil Div.
820 N. French Street - 8th Fl.
Wilmington, DE  19801

Thomas H. Ellis, Esq.
Department of Justice - Civil Div.
820 N. French Street - 8th Fl.
Wilmington, DE  19801

Aaron R. Goldstein, Esq.
Department of Justice - Civil Div.
820 N. French Street - 8th Fl.
Wilmington, DE  19801

  Re:  Jerome Hamilton v. Faith Leavy, et al.
       <u>Civil Action No. 94-336-KAJ</u>

Dear Counsel:

   I received today a copy of a letter from Mr. Hamilton which is addressed to Mr. Shaw and was delivered under a covering letter to the Clerk of the Court. (D.I. 454) In the letter to Mr. Shaw, Mr. Hamilton requests, among other things, to know "who was the – name of the jury member foreman, that request the court that wanted to see the – plaintiff/evidence would like to know the date of the reprimand the where the correctional officer Simpson called Hamilton a 'snitch'?" (*Id.* at 4.) I write to emphasize what should be obvious in the context of this case, namely that no information regarding the identity of any juror in the case should be provided to anyone, including and especially Mr. Hamilton. If any of you are aware of whether Mr. Hamilton already has access to such information, please advise me immediately. Mr. Shaw, I am also hereby directing that you advise Mr. Hamilton that the court will not tolerate any attempt

All Counsel
Page 2
March 29, 2005

on his part to communicate, directly or indirectly, with any of the jurors. Any breach of this directive by Mr. Hamilton will be viewed as contempt and may also result in a referral to the appropriate authorities for criminal prosecution. Please verify to me in writing, Mr. Shaw, that you have delivered this message to Mr. Hamilton. Thank you for your cooperation in this regard. I am also setting this matter for a hearing to deliver this message to Mr. Hamilton personally.

Very truly yours,

Kent A. Jordan

KAJ:cas
cc    Clerk of the Court