IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEROME HAMILTON,<br><br>             Plaintiff,<br><br>v.<br><br>FAITH LEAVY, PAMELA FAULKNER, WILLIAM QUEENER, FRANCES LEWIS, GEORGE M. DIXON, JACK W. STEPHENSON, DEBORAH L. GRAIG, JOANNE SMITH, DENNIS LOEBE, ELDORA C. TILLERY, FRANCIS COCKROFT, JERRY BORGA, RICHARD SHOCKLEY,<br><br>             Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 94-336-KAJ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

A hearing on plaintiff Jerome Hamilton's letter request to proceed *pro se*, and his further request for information regarding juror identity (D.I. 454) in the above captioned action, will be held on **April 4, 2005** at 3:00 p.m. in Courtroom 6-A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

                                                                                                   UNITED STATES DISTRICT JUDGE

Dated:   March 30, 2005
Wilmington, Delaware