# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BRUCE M STARGATT
BEN T CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A KARSNITZ
BARRY M WILLOUGHBY
JOSY W INGERSOLL
ANTHONY G. FLYNN
JEROME K GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D JOHNSTON
TIMOTHY J. SNYDER
BRUCE L SILVERSTEIN
WILLIAM W BOWSER
LARRY J TARABICOS
RICHARD A DILIBERTO, JR
MELANIE K SHARP
CASSANDRA F. ROBERTS
RICHARD J A POPPER
TERESA A CHEEK
NEILLI MULLEN WALSH
JANET Z CHARLTON
ROBERT S. BRADY
JOEL A WAITE
BRENT C SHAFFER
DANIEL P JOHNSON
CRAIG D GREAR
TIMOTHY JAY HOUSEAL
BRENDAN LINEHAN SHANNON
MARTIN S. LESSNER
PAULINE K MORGAN
C BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W SHAW
JAMES P HUGHES, JR
EDWIN J HARRON
MICHAEL R. NESTOR
MAUREEN D LUKE
ROLIN P BISSELL

SCOTT A. HOLT
JOHN T DORSEY
M BLAKE CLEARY
———
ATHANASIOS E AGELAKOPOULOS
JOSEPH M BARRY
KEVIN M. BAIRD
SEAN M BEACH
DONALD J. BOWMAN, JR
TIMOTHY P. CAIRNS
CURTIS J CROWTHER
MARGARET M. DIBIANCA
ERIN EDWARDS
KENNETH J ENOS
IAN S FREDERICKS
JAMES J. GALLAGHER
DANIELLE GIBBS
SEAN T GREECHER
KARA S. HAMMOND
DAWN M JONES
RICHARD S. JULIE (NY ONLY)
KAREN E KELLER
JENNIFER M. KINKUS
EDWARD J KOSMOWSKI
JOHN C KUFFEL
TIMOTHY E. LENGKEEK
MATTHEW B LUNN
JOSEPH A MALFITANO
GLENN C MANDALAS
ADRIA B MARTINELLI
MICHAEL W. MCDERMOTT
MATTHEW B MCGUIRE
MARIBETH L MINELLA
EDMON L. MORTON
JENNIFER R. NOEL
JOHN J. PASCHETTO
ADAM W. POFF
SETH J REIDENBERG
FRANCIS J. SCHANNE
MICHAEL P STAFFORD
JOHN E TRACEY
ALFRED VILLOCH, III
CHRISTIAN DOUGLAS WRIGHT
SHARON M ZIEG

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

WRITER'S DIRECT DIAL NUMBERS
VOICE: (302) 571-6689
FAX: (302) 576-3334

E-MAIL: jshaw@ycst.com

H ALBERT YOUNG
1929-1982
H JAMES CONAWAY, JR
1947-1990
WILLIAM F. TAYLOR
1954-2004
———
STUART B. YOUNG
EDWARD B MAXWELL, 2ND
OF COUNSEL
———
JOHN D MCLAUGHLIN, JR
ELENA C NORMAN (NY ONLY)
SPECIAL COUNSEL
———
GEORGETOWN OFFICE
110 WEST PINE STREET
P O BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

March 30, 2005

**BY E-FILING**

The Honorable Kent A. Jordan
United States District Court
844 N. King Street
Wilmington, DE 19801

Re: <u>Hamilton v. Levy, et al., C.A. No. 94-336-KAJ</u>

Dear Judge Jordan:

     I am writing to report as directed in Your Honor's letter of today concerning paragraph 10 of Mr. Hamilton's letter docketed as item 454.

     I have drafted a letter in accord with Your Honor's direction that will be sent to Mr. Hamilton via Federal Express, U.S. Mail, and, if possible, hand delivery. This letter will be sent today.

     I have further attempted to contact Mr. Hamilton by telephone last evening, but was able to reach only an answering machine. I note in this regard that beginning mid-last week Mr. Hamilton's telephone number was disconnected, and I am not certain that the number is still assigned to him. We are, however, attempting to make contact at that number again today.

     With regard to whether Mr. Hamilton has or has had access to the juror identities, I have several items to report. I reviewed a copy of the jury list with Mr. Hamilton on the Friday

YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Honorable Kent A. Jordan
March 30, 2005
Page 2

before the trial. Mr. Hamilton also asked to look at a copy of the jury list during jury selection, and a copy was shared with Mr. Hamilton at counsel table in the courtroom. When the jury was seated, the juror names were recorded on a sheet in the order they were seated; this sheet was visible to Mr. Hamilton until the time the jury was sworn. Mr. Hamilton asked questions about the jury members generally and was shown my annotated copy of the jury list during the peremptory challenge phase of the jury selection process.

After jury selection was complete, my notes and annotated jury list was returned to a labeled folder; I do not recall, however, whether the second copy of the jury list that was available on counsel table was returned to its folder or whether Mr. Hamilton kept it. To my knowledge, the labeled folder was not shared with or reviewed by Mr. Hamilton at any other point during the trial. Also to my knowledge, Mr. Hamilton did not take notes about or concerning the jury selection in the courtroom.

Finally, this office has not shared a copy of the sealed jury verdict with Mr. Hamilton, nor has Mr. Hamilton requested a copy of the sealed verdict. Mr. Hamilton also has not asked – except in the letter docketed as item 454 – for any information about any juror at any time after jury selection was complete. And, while the juror names are available in the transcript, to my knowledge Mr. Hamilton has not requested a copy of the transcript and he does not have access to a copy of the transcript.

Respectfully submitted,

John W. Shaw

JWS/pt
cc: Clerk of the Court (via e-filing)
    Ralph K. Durstein, III, Esquire (via e-filing)
    Thomas H. Ellis, Esquire (via e-filing)
    Aaron Goldstein, Esquire (via e-filing)
    Richard W. Hubbard, Esquire (via e-filing)
    Marc P. Niedzielski, Esquire (via e-filing)