IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEROME HAMILTON, | ) |
|             Plaintiff, | ) |
| v. | ) Civil Action No. 94-336-KAJ |
| FAITH LEAVY, PAMELA FAULKNER, WILLIAM QUEENER, FRANCES LEWIS, GEORGE M. DIXON, JACK W. STEPHENSON, DEBORAH L. GRAIG, JOANNE SMITH, DENNIS LOEBE, ELDORA C. TILLERY, FRANCIS COCKROFT, JERRY BORGA, RICHARD SHOCKLEY, | ) |
|             Defendants. | ) |

**ORDER**

At Wilmington, this 31st day of March, 2005,

IT IS HEREBY ORDERED that the portion of the March 14, 2005 trial transcript regarding voir dire and jury selection shall hereby be SEALED.

_____
UNITED STATES DISTRICT JUDGE