IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEROME HAMILTON, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No. 94-336-KAJ ) |
| FAITH LEVY, PAMELA MINOR, WILLIAM QUEENER, FRANCES LEWIS, JACK W. STEPHENSON, DEBORAH L. GRAIG, DENNIS LOEBE, ELDORA C. TILLERY, JERRY BORGE, | ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER FOR ENTRY OF JUDGMENT

This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict on March 17, 2005. A copy of the verdict sheet is attached.

Based on the jury's verdict,

IT IS HEREBY ORDERED and ADJUDGED as follows:

The Clerk shall enter judgment pursuant to Federal Rule of Civil Procedure 58 in favor of all the defendants and against the plaintiff on the claims in plaintiff's second amended complaint.

UNITED STATES DISTRICT JUDGE

Wilmington, Delaware
Dated: April 5, 2005