IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEROME HAMILTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 94-336-KAJ |
| | ) | |
| FAITH LEAVY, PAMELA FAULKNER, | ) | |
| WILLIAM QUEENER, FRANCES | ) | |
| LEWIS, GEORGE M. DIXON, JACK W. | ) | |
| STEPHENSON, DEBORAH L. GRAIG, | ) | |
| JOANNE SMITH, DENNIS LOEBE, | ) | |
| ELDORA C. TILLERY, FRANCIS | ) | |
| COCKROFT, JERRY BORGA, | ) | |
| RICHARD SHOCKLEY, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

As stated in open court on April 4, 2005,

IT IS ORDERED that John Shaw, Esq.'s motion to withdraw as counsel

for plaintiff (D.I. 459) is GRANTED.

IT IS FURTHER ORDERED that plaintiff Jerome Hamilton's request to

proceed *pro se* (D.I. 453, 454) is GRANTED.

UNITED STATES DISTRICT JUDGE

April 5, 2005
Wilmington, Delaware