CPS-75                                                    December 16, 2005
**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

C.A. No. **05-2059**

JEROME HAMILTON

VS.

FAITH LEAVY, ET AL.

(D. DEL. CIV. NO. 94-CV-00336)

Present: SMITH, CIRCUIT JUDGE

    Submitted is appellant's motion for transcripts at government expense under 28 U.S.C. § 753(f)

    in the above-captioned case.

                                        Respectfully,

                                        Clerk

MMW/TRA/zm/arl

_____ORDER_____

The foregoing motion for a transcript at the government's expense is granted because Appellant's appeal is not frivolous, but presents a substantial question. See 28 U.S.C. § 753(f).

                                        By the Court,

                                        /s/ D. Brooks Smith
                                        Circuit Judge

A True Copy:

Dated: December 29, 2005   *Marcia M. Waldron*
                                Marcia M. Waldron, Clerk

ARL/cc: Mr. Jerome K. Hamilton; Aaron Goldstein, Esq.; Marc P. Niedzielski, Esq.
       Brian Gaffigan, Court Reporter