UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
844 King Street
Lockbox 18
Wilmington, Delaware 19801

January 11, 2006

Marcia Waldron, Clerk
United States Court of Appeals
For the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

                    RE:  Hamilton v. Leavy, et al.
                        Civil Action No.  94-336 KAJ
                            USCA No. 05-2059

Dear Ms. Waldron:

      Enclosed please find:

      ____ One certified copy of the docket entries to be filed as the Certified List in Lieu of the Record.  Transcript Purchase Order is filed and  record is ready for appeal purposes.

      ____ The Actual Record with one certified copy and one uncertified copy of the docket entries.

      ____ One certified copy of the docket entries to be filed as the Certified List in Lieu of the _____ Supplemental Record.

      __XX__ The Actual ____FIRST____ Supplemental Record with one certified copy and one uncertified copy of the docket entries.

      Please acknowledge receipt for same on the enclosed duplicate copy of this letter and return to this office.

                                                  Very truly yours,

                                                  Deputy Clerk

Enclosures