UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 05-2059
_____

JEROME K. HAMILTON,

Appellant

v.

FAITH LEAVY; PAMELA FAULKNER;
WILLIAM QUEENER; FRANCES LEWIS;
FRANCES COCKROFT; JERRY BORGA;
RICHARD SHOCKLEY; GEORGE DIXON;
JACK STEPHENSON; DEBORAH CRAIG;
JOANNE SMITH; DENNIS LOEBE;
ELDORA TILLERY

_____

On Appeal From the United States District Court
For the District of Delaware
(D.C. Civ. No. 94-cv-00336)
District Judge: Honorable Kent A. Jordan
_____

Submitted Under Third Circuit LAR 34.1(a)
September 5, 2006

Before:   MCKEE, FUENTES AND NYGAARD, <u>Circuit Judges</u>.

**JUDGMENT**
_____

This cause came on to be heard on the record from the United States District Court

for the District of Delaware and was submitted pursuant to Third Circuit LAR 34.1(a).

On consideration whereof, it is now here

ORDERED AND ADJUDGED by this Court that the judgment of the District Court entered April 5, 2005, be, and the same is hereby affirmed. Costs are taxed against the Appellant. All of the above in accordance with the opinion of this Court.

ATTEST:

/s/ Marcia M. Waldron
Clerk

DATED: November 7, 2006

**Certified as a true copy and issued in lieu of a formal mandate on January 8, 2007**

**Teste: /s/ Marcia M. Waldron**
**Clerk, U.S. Court of Appeals for the Third Circuit**

Marcia M. Waldron, Clerk