OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 8, 2007

**Gregory E. Smith**
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801

RE:   Hamilton v. Leavey, et al.
      CA 94-336 KAJ

Dear Counsel:

The Clerk's Office is currently in the process of returning Trial Exhibits in Judge Jordan's closed cases. Presently we have **1-Box** of Defendant's admitted trial exhibits to return to you. Please contact the undersigned to schedule pick-up of these exhibits.

**_If Counsel does not claim their Trial Exhibits by 3/23/07, the Clerk will destroy any unclaimed exhibits._**

Please contact Bob Cruikshank at 573-6623 to arrange claiming/pick-up of exhibits. We will prepare the exhibits for your retrieval and contact you when they are ready for pick-up.

Sincerely,

By: [signature]
Bob Cruikshank
Deputy Clerk