OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

PETER T. DALLEO
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 9, 2007

**Gregory E. Smith**
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801

RE:　Hamilton v. Leavey, et al.
　　　CA 94-336 KAJ

Dear Counsel:

　　I am returning to you Defendant's Trial Exhibits consisting of **1-Box**. Please acknowledge receipt of said exhibits on the copy of this letter.

　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　**Peter T. Dalleo**
　　　　　　　　　　　　　　　　Clerk of the Court

I hereby acknowledge receipt of the above exhibits on March 9, 2007

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Signature

/rc