| Marcia M. Waldron<br>Clerk | OFFICE OF THE CLERK<br>UNITED STATES COURT OF APPEALS<br>FOR THE THIRD CIRCUIT<br>21400 United States Courthouse<br>601 Market Street<br>Philadelphia, PA 19106-1790<br>www. ca3 .uscourts .gov | Telephone<br>215-597-2995 |
|---|---|---|

DELAWARE_____ Clerk of District Court            Date May 2, 2007
 (District)

HAMILTON V. LEAVY_____            C. of A. No. 05-2059
 (Caption)

**JEROME K. HAMILTON**
 (Appellant)

**94-CV-00336**
 (D.C. No.)

Enclosures:

_____ Certified copy of C. of A. Order by the **Court**/Clerk
 (Date)

*  **XXX** _ Record (**Civil** and Criminal)

*_____ Supplemental Record (First) (Second) (Third)

*_____ Exhibits

*_____ State Court Record

  **XXX**___ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not returned at this time until appeal(s) closed at No.(s)_____

_____ Please forward Record to this office.

_____ The certified copy of order issued as the mandate on_____
       is recalled.

                    /s/ AINA R. LAWS___(267)-299-_4957__
                    Deputy Clerk       Telephone Number

                    _____(267)-299-4937
                    Record Processor   Telephone Number

Receipt Acknowledge:
*[signature]*
 (Name)
 5/9/07
 (Date)
Appeals (Record)

                         Rev. 3/13/00

[Filed stamp: 2007 MAY -9 PM 3:39 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE]